NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER E. BENNNING, )
)
           Appellant, )
)
v. )      Case No. 2D18-2000
)
WILLIAM G. PRUMMEL, JR., )
Sheriff of Charlotte County, )
Florida, )
)
           Appellee. )
_____ )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Christopher E. Benning, pro se.

Christy M. Imparato of Purdy, Jolly,
Giuffreda, Barranco & Jisa, P.A., Fort
Lauderdale, for Appellee.

PER CURIAM.

          Affirmed.

SILBERMAN, KELLY, and VILLANTI, JJ., Concur.